IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00824-WJM-MEH

SUZANNE HARPER,

    Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2015.**

    The Stipulated Motion for Entry of Protective Order [filed September 11, 2015; docket #27] is **granted**. The parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.